UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

               Plaintiff,

-against-

Frederick J. Mitchell,

               Defendant.

---

7:20-MJ-1124(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on October 22, 2020 accepted the Defendant's plea of guilty to the charge of Disorderly Conduct, in violation of the provisions of section 240.20 of the Penal Law of the State of New York, in full satisfaction of the Misdemeanor Complaint filed on January 31, 2020, it is,

ORDERED, ADJUDGED AND DECREED that the Defendant Frederick J. Mitchell is sentenced to a Conditional Discharge on the condition that:

    (1) The Defendant not violate any local, state, or federal laws,
    (2)
    (3) Undergo treatment with progress reports submitted to the Court.

Dated: Sept 9, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge